Elizabeth Ann WATERS, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2008–3036.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2007.

Elizabeth Ann Waters, pro se.

## ORDER

Order Vacated, See 2008 WL 239820.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.